IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**JOHN EARL JORDAN, SR.**  PETITIONER

**V.**  **2:10-cv-00021-WRW**

**UNITED STATES OF AMERICA, et al.**  RESPONDENTS

## ORDER

For the same reasons that were outlined in the February 8, 2010, Order[1] -- which dismissed this Plaintiff's motion to proceed as a next of kin -- in *John Earl Jordan, Jr. v. United States*, 2:09-CV-00092-WRW, this case is DISMISSED.

IT IS SO ORDERED this 9th day of March, 2010.

/s/ Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 53.

1